```
1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
4   Assistant United States Attorney
      9th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055            E-filing
      San Francisco, California 94102
6     Telephone: (415) 436-6888
      Fax:       (415) 436-6748
7
    Attorneys for the United States of America
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
                                            )   CV 08   1428
12  UNITED STATES OF AMERICA and           )
    ERIC PETERSEN, Revenue Officer,         )   NO.
13                                          )
                Petitioners,                )   VERIFIED PETITION TO
14                                          )   ENFORCE INTERNAL
         v.                                 )   REVENUE SERVICE SUMMONSES
15                                          )
    SANDY YUEN,                             )
16                                          )
                Respondent.                 )
17  _____)
```

18      Petitioners, the **UNITED STATES OF AMERICA** and its Revenue Officer, **ERIC
19  PETERSEN,** allege and petition as follows:

20      1.   This proceeding is brought and this Court has jurisdiction hereof under Sections
21  7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

22      2.   Petitioner **ERIC PETERSEN** is and at all times mentioned herein was an
23  employee and revenue officer of the Internal Revenue Service of the United States Department of
24  the Treasury authorized by the Secretary of the Treasury to perform the duties and take the
25  actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602
26  and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1
27  and 301.7603-1).

28  ///

3. Petitioner **ERIC PETERSEN** is and at all times mentioned herein was attempting in the course of his authorized duties to determine certain federal income tax liabilities of **SANDY YUEN** for the taxable years ending December 31, 2005 and December 31, 2006, and to ascertain the assets and liabilities of **SANDY YUEN** in order to prepare a Collection Information Statement relative to the collection of certain unpaid tax liabilities of **SANDY YUEN**.

4. Petitioner **ERIC PETERSEN** is and at all times herein was attempting in the course of his authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to their attempt to determine the aforementioned federal tax liabilities of **SANDY YUEN**, for the periods stated in paragraph 3 above, and to ascertain the assets and liabilities of **SANDY YUEN** for purposes of preparing a Collection Information Statement.

5. Respondent **SANDY YUEN's** last known address is 20590 Murano Circle, Cupertino, CA 95014-5323, which is within the venue of this Court.

6. Petitioner **ERIC PETERSEN** is informed and believes that said respondent is in possession and control of records, paper and other data regarding income, assets, liabilities and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On December 4, 2007, in accordance with law, **ERIC PETERSEN** served the summonses on said respondent in respect to the subject matter described in paragraphs 3, 4, and 6 above, by taping to front door attested copies of the summonses at his residence at 20590 Murano Circle, Cupertino, CA 95014-5323. The requirements of said summonses are self-explanatory, and the true copies thereof are attached hereto as <u>Exhibits</u> <u>A</u> and <u>B</u> and are hereby incorporated by reference as a part of this petition.

8. The items sought by the summonses described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination of the above-mentioned federal tax liabilities of **SANDY YUEN** for the years stated in paragraph 3 above and in the preparation of the Collection Information Statement. It was and now is essential to completion of petitioner's inquiry regarding the determination of the above-mentioned federal income tax

liabilities of **SANDY YUEN** for the years stated in paragraph 3 above and the preparation of the Collection Information Statement that respondent produce the items demanded by said summonses.

9. The respondent did not appear on December 18, 2007, as requested in the summonses.

10. By letter dated January 30, 2008, respondent **SANDY YUEN** was provided with another opportunity to comply by appearing for an appointment with Petitioner **ERIC PETERSEN** on February 15, 2008. See Exhibit C.

11. As of the date of this petition, the respondent has failed to comply with the summonses.

12. All administrative steps required by the Internal Revenue Code for issuance of the summonses have been taken.

**WHEREFORE**, having stated in full their petition against the respondent, petitioners pray for enforcement of the subject summonses as alleged and set forth above, as follows:

A. That the named respondent herein be ordered to appear and show cause before this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce such items as are required in the herein above-described summonses;

B. That respondent be ordered by the Court to appear before the petitioner **ERIC PETERSEN** or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce such items as is required by the summonses; and

C. That the Court grant the petitioner **UNITED STATES OF AMERICA** its costs in this proceeding and such other and further relief as may be necessary and proper.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 3/11/08

DAVID L. DENIER
Assistant United States Attorney
Tax Division

Verified Petition To Enforce
IRS Summonses                 3

## VERIFICATION

I, **ERIC PETERSEN**, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed revenue officer in the San Jose, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I belief them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 07, 2008_ at San Jose, California.

ERIC PETERSEN



# Summons

## Collection Information Statement

In the matter of   Jackson Yuen (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) and Sandy Yuen (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), 20590 Murano Circle, Cupertino, California 95014-5323.
**Internal Revenue Service** (Identify Division)  Small Business/Self Employed
**Industry/Area** (Identify by number or name)  Small Business/Self Employed - California Area
**Periods:**  ending December 31, 1998; December 31, 2003; and December 31, 2004.

**The Commissioner of Internal Revenue**

**To:** Sandy Yuen
**At:** 20590 Murano Circle, Cupertino, California 95014-5323

You are hereby summoned and required to appear before Eric Petersen, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From January 01, 2007  To October 31, 2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

55 South Market Street -- Mail Stop #5117, San Jose California 95113  (408)817-6425

**Place and time for appearance:** At  55 South Market Street #6110, San Jose California 95113

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the  eighteenth (18th)  day of  December , 2007  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  fourth (4th)  day of  December, 2007.

_____Eric Petersen_____         _____Revenue Officer_____
Signature of issuing officer                              Title

_____N/A_____
Signature of approving officer (if applicable)         Title

EXHIBIT  A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: December 04, 2007  Time: 11:15 AM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any). Summons was left taped to front door

Signature: Eric Petersen   Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: Eric Petersen   Title: Revenue Officer

Catalog No. 25000Q   Form 6637 (Rev. 4-2005)

# Summons

## Income Tax Return

In the matter of  Jackson Yuen (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) and Sandy Yuen (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), 20590 Murano Circle, Cupertino, California 95014-5323
Internal Revenue Service *(Identify Division)*  Small Business/Self Employed
Industry/Area *(Identify by number or name)*  Small Business/Self Employed - California Area
Periods:  ending December 31, 2005; and December 31, 2006.

The Commissioner of Internal Revenue

**To:**  Sandy Yuen
**At:**  20590 Murano Circle, Cupertino, California 95014-5323

You are hereby summoned and required to appear before Eric Petersen, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years:  ending December 31, 2005; and December 31, 2006.

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return:  2005 and 2006

We have attached a blank return to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

55 South Market Street -- Mail Stop #5117, San Jose California 95113  (408)817-6425

Place and time for appearance: At  55 South Market Street #610, San Jose California 95113

on the  eighteenth (18th)  day of  December  , 2007  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  fourth (4th)  day of  December, 2007.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6638 (Rev.4-2005)
Catalog Number 61828W

_____Eric Petersen_____     _____Revenue Officer_____
Signature of issuing officer                              Title

_____N/A_____
Signature of approving officer *(if applicable)*      **EXHIBIT** B     Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: December 04, 2007

Time: 11:15 AM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): Summons was left taped to front door

Signature: ERIC PETERSEN

Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: ERIC PETERSEN

Title: Revenue Officer

Catalog No. 61828W

Form 6638 (Rev. 4-2005)



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX (415) 227-5159

CC:SB:7:SF:1:GL-103309-08
BSLaurie

JAN 3 0 2008

Sandy Yuen
20590 Murano Circle
Cupertino, CA 95014

Dear Ms. Yuen:

The Small Business/Self-Employed Area: Area Collection office of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on December 4, 2007. A copy of that summons is enclosed. Under the terms of the summons, you were required to appear before Revenue Officer Eric Petersen on December 18, 2007, at 10:00 AM.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

        Name:    Eric Petersen
        Date:    February 15, 2008
        Time:    1:00 P.M.
    Address:    55 S. Market St. Mail Stop #HQ-511
                 San Jose, CA 95113

EXHIBIT  C

CC:SB:7:SF:1: GL-103309-08    - 2 -

    Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer Eric Petersen at (408) 817-6425.

                        Sincerely,

                        THOMAS R. MACKINSON
                        Associate Area Counsel (San
                        Francisco, Group 1)
                        (Small Business/Self-Employed)

                By: *Brooke Laurie* (signature)
                    BROOKE S. LAURIE
                    Attorney (San Francisco, Group 1)
                    (Small Business/Self-Employed)

Enclosures:
    Summons originally served on December 4, 2007

CC: Revenue Officer Eric Petersen