| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>DAVID L. DENIER (CSBN 95024) |
| 4 | Assistant United States Attorney<br> 9th Floor Federal Building |
| 5 |  450 Golden Gate Avenue, Box 36055<br> San Francisco, California 94102 |
| 6 |  Telephone: (415) 436-6888<br> Fax:   (415) 436-6748 |

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA and ERIC PETERSEN, Revenue Officer,** | ) ) ) | NO. C-08-01428-JSW |
| Petitioners, | ) ) | APPLICATION FOR AMENDED ORDER TO SHOW CAUSE RE |
| v. | ) ) | ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES |
| **SANDY YUEN,** | ) ) | |
| Respondent. | ) ) | |

On March 13, 2008, petitioners filed a Verified Petition to Enforce Internal Revenue Summons. On April 10, 2008, the Court issued an Order To Show Cause Re Enforcement of Internal Revenue Service Summonses which ordered respondent Sandy Yuen to appear before the Court on May 23, 2008, at 9:00 a.m and then and there show cause, if any, why she should not be compelled to appear and provide documents and testimony as required and set forth in the Verified Petition. The Court further ordered that the Order to Show Cause, together with a copy of the Verified Petition, be served upon respondent in accordance with Fed. R. Civ. P. 4 at least thirty-five (35) days before the return date.

Despite diligent efforts, petitioners have been unable to effect service of the Order to Show Cause upon respondent within thirty-five days before the return date. Petitioners, therefore, request that the Court issue an Amended Order to Show Cause setting the return date

1 | for the July 18, 2008 or as soon thereafter as is convenient for the Court.

2 | JOSEPH P. RUSSONIELLO
United States Attorney

4 | Dated: May 14, 2008   /s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division