IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ERIC PETERSEN, Revenue Officer,<br><br>  Petitioners,<br><br>v.<br><br>SANDY YUEN,<br><br>  Respondent. | NO. C-08-01428-JSW<br><br>AMENDED ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONSES |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _____ March 13 _____, 2008, it is hereby:

**ORDERED** that respondent Sandy Yuen appear before this Court on the __18__ day of __July__, 2008, at _____ a.rn., in Courtroom No. _2_, _17th_ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Amended Order to Show Cause, together with a copy of the aforesaid petition, be served upon respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Amended Order above specified; and it is further

1     **ORDERED** that within twenty-one (21) days before the return date of this Amended
2 Order, respondent may file and serve a written response to the petition, supported by appropriate
3 affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion
4 respondent desires to make, that the petitioner may file and serve a written reply to such
5 response, if any, within fourteen (14) days before the return date of this Second Amended Order;
6 that all motions and issues raised by the pleadings will be considered on the return date of this
7 Second Amended Order, and only those issues raised by motion or brought into controversy by
8 the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the
9 return of this Second Amended Order, and any uncontested allegation in the petition will be
10 considered admitted.

11     **ORDERED** this __15th__ day of __May_____, 2008, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

Amended Ord. To Show Cause
re Enf of IRS Sum. (No. C-08-01428-JSW)    2