JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax:       (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and ERIC PETERSEN, Revenue Officer,** | NO. C-08-01428-JSW |
| Petitioners, | |
| v. | **APPLICATION AND ORDER OF DISMISSAL** |
| **SANDY YUEN,** | |
| Respondent. | |

Petitioners United States of America and Eric Petersen hereby advise the Court that respondent Sandy Yuen has complied with the Internal Revenue Service Summonses and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: June 11, 2008              /s/ David L. Denier
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division

**O R D E R**

_____Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

ORDERED this _____ day of _____, 2008, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE