1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (CSBN 95024)
4  Assistant United States Attorney
       9th Floor Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
6      Telephone:   (415) 436-6888
       Fax:         (415) 436-6748
7
   Attorneys for the United States of America
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   UNITED STATES OF AMERICA and        )
12 ERIC PETERSEN, Revenue Officer,     )   NO.  C-08-01428-JSW
                                       )
13        Petitioners,                 )
                                       )   **APPLICATION AND**
14        v.                           )   **ORDER OF DISMISSAL**
                                       )
15 SANDY YUEN,                         )
                                       )
16        Respondent.                  )
                                       )

       Petitioners United States of America and Eric Petersen hereby advise the Court that respondent Sandy Yuen has complied with the Internal Revenue Service Summonses and request that this action be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


   Dated:  June 11, 2008                   /s/ David L. Denier
                                           DAVID L. DENIER
                                           Assistant United States Attorney
                                           Tax Division

**O R D E R**

      Upon the request of the petitioners and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

      ORDERED this __13__ day of __June__, 2008, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE